UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 10-10393-PBS |
| ) | |
| v.    ) | 21 U.S.C. § 846 |
| ) | (Conspiracy to Possess with Intent to |
| ) | Distribute and to Distribute Heroin) |
| DEBORAH BELIM ) | |
| _____) | |

## INFORMATION

The United States Attorney charges:

### General Allegations

1. At all times relevant to this Information, DEBORAH BELIM (hereinafter "BELIM"), the defendant, was a resident of Roxbury, Massachusetts.

2. From approximately May 2007 through May 10, 2008, defendant BELIM was employed by Community Resources for Justice ("CRJ") as a Program Monitor at Coolidge House, located at 307 Huntington Avenue, Boston, Massachusetts.

3. Coolidge House is a Residential Reentry Center (also known as a "halfway house") under contract with the United States Federal Bureau of Prisons. The residents of Coolidge House are recently released federal inmates who are transitioning back into mainstream society. Most residents are in the program for an average of 3 months, during which time they receive case management services that emphasize successful reentry. Coolidge House represents CRJ's largest program and is one of its longest running contracts.

4. As a Program Monitor, BELIM monitored Coolidge House residents' compliance

with the program rules, to include performing bag checks, pat downs, bed checks and breathalyzer checks. Additionally, BELIM was responsible for ensuring residents were at their scheduled jobs by maintaining regular contact with their employers.

5. From approximately March 2007 to November 2007, Resident A was a resident of Coolidge House. During the time that Resident A was living in Coolidge House, he met BELIM. Thereafter, in approximately August 2007, BELIM and Resident A entered into a romantic relationship.

6. During the time that Resident A was living in the Coolidge House, he sold heroin to other residents of the Coolidge House.

7. Following his release from the Coolidge House in November 2007, Resident A lived with BELIM at her apartment in Roxbury, Massachusetts.

8. At various times between November 2007 and May 2008, the exact dates being unknown to the United States Attorney, at the request of Resident A and on his behalf, BELIM brought heroin into Coolidge House and sold that heroin to residents of Coolidge House.

## COUNT ONE
(Conspiracy to Possess with Intent to Distribute and to Distribute Heroin)
21 U.S.C. § 846

9. Paragraphs 1 - 8 of this Information are incorporated by reference and the United States Attorney further charges that:

10. From no later than November 2007 to no later than May 10, 2008, the exact dates being unknown to the United States Attorney, at Boston, and elsewhere in the District of Massachusetts,

### DEBORAH BELIM,

the defendant, did knowingly and intentionally combine, conspire, confederate, and agree, with a person known to the United States Attorney, to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

CARMEN M. ORTIZ
United States Attorney

By: *[signature]*
Diane C. Freniere
Assistant U.S. Attorney